IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RICKY ASHLEY *et al.*     PLAINTIFFS

#10110-12

V.     4:12CV00388 SWW/HDY

DOC HOLLADAY *et al.*     DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE